UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALEZ VILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC,<br><br>    Defendant. | Case No.  13-cv-00944-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 3 |

A hearing on Plaintiff Villa's motion to remand currently is scheduled for May 30, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. <u>See</u> Civil L.R. 7-1(b).

    **IT IS SO ORDERED**.

Dated: May 24, 2013

                                                              _____<br>
                                                               JON S. TIGAR<br>
                                                          United States District Judge